■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JOSE DIAZ, Appellant, v STEPHEN DALSHEIM, as Superintendent of the Ossining Correctional Facility, Respondent.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Westchester County, dated January 16, 1978, which, upon a decision granting the application to the extent of directing that he be given a prompt final parole revocation hearing, dismissed the petition. Judgment reversed, on the law, without costs or disbursements, and charge of violating parole dismissed, with prejudice. The delay between October, 1975 and March, 1977 in granting petitioner a final parole revocation hearing was inexcusable, and must result in a dismissal of the charges against him, with prejudice (see *People ex rel. Walsh v Vincent,* 50 AD2d 914, affd 40 NY2d 1049). Hopkins, J. P., Damiani, O'Connor and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SHAUGHNESSY, Petitioner, v STANLEY J. REGULA, as Acting Warden of the Suffolk County Jail, Respondent.—On the hearing, upon the return of a writ of habeas corpus (production of the relator having been waived), application denied and writ denied, without costs or disbursements. Titone, J. P., Suozzi, Lazer and Cohalan, JJ., concur.

■ In the Matter of ISRAEL LEFKOWITZ, Appellant, v CHARLES J. HYNES, as Deputy Attorney-General of the State of New York, Respondent.—In a proceeding, *inter alia,* to quash two Grand Jury subpoenas, the petitioner appeals from an order of the Supreme Court, Kings County, dated May 4, 1978 which, *inter alia,* denied his application. Order affirmed, without costs or disbursements (see *People v Ryback,* 3 NY2d 467, 471; *People v Nelson,* 298 NY 272, 275-276; *People v Westbrook,* 79 Misc 2d 902, 905). Titone, J. P., Suozzi, Shapiro and Cohalan, JJ., concur.